HENRY FRIEDLANDER *v.* CLAIRE FRIEDLANDER
(6946)
CLAIRE DEUTSCH FRIEDLANDER *v.*
HENRY Z. FRIEDLANDER
(7425)

SPALLONE, DALY and O'CONNELL, Js.

Argued October 12—decision released October 18, 1989

*Henry Z. Friedlander,* pro se, the appellant (plaintiff in the first case, defendant in the second case).

*Saul Kwartin,* for the appellee (defendant in the first case, plaintiff in the second case).

PER CURIAM. There is no error in either case.